In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located on the Southerly Side of Avenue X, between West Street and East First Street, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion of Bowlee Realty

Corporation for payment of award granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.